UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| IRVING SALMERON,<br><br>             Plaintiff,<br>   v.<br>REGENTS OF THE UNIVERSITY, et al.,<br>             Defendants.<br>_____/ | No. 3:13-cv-05606 LB<br><br>**ORDER SETTING CASE MANAGEMENT CONFERENCE** |

In its March 17, 2014 order, the court ordered the parties to meet and confer on an ADR program as required by the court's ordinary procedures and schedule an ADR call if the do not agree on a program. (3/17/2015 Order, ECF No. 17.) There is no indication that the parties have done so, and nothing has been filed in this action since July 25, 2014, when the parties filed a joint discovery plan. (Discovery Plan, ECF No. 33.) To get this action moving again, the court sets a case management conference for Thursday, June 18, 2015 at 11:00 a.m. in Courtroom C, 15th Floor, United States District Court, 450 Golden Gate Avenue, San Francisco, California 94102. The parties must file a joint case management statement no later than June 21, 2015.

**IT IS SO ORDERED.**

Dated: May 8, 2015

_____
LAUREL BEELER
United States Magistrate Judge